B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Maryland

In re  **FRANCIS C. DOGED, Jr.**
      **DANIELLE L. DOGED**
                          Debtor(s)

Case No.
Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Aberdeen Proving Ground FCU | **Describe Property Securing Debt:**<br>MOBILE HOME<br>6 SANDYBROOK DRIVE<br>PORT DEPOSIT<br>MD<br>21904 |

Property will be (check one):
   ■ Surrendered           ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>Aberdeen Proving Ground FCU | **Describe Property Securing Debt:**<br>2008 Ford Escape |

Property will be (check one):
   ■ Surrendered           ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                ■ Not claimed as exempt

B8 (Form 8) (12/08)                                     Page 2

**Property No. 3**

| **Creditor's Name:** <br> **MECU of Baltimore** | **Describe Property Securing Debt:** <br> **Ford F350 Truck** |
|---|---|

Property will be (check one):
    ■ Surrendered                                    ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt                         ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No. 1

| **Lessor's Name:** <br> **-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ YES      ☐ NO |
|---|---|---|

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **November 25, 2011**        Signature  **/s/ FRANCIS C. DOGED, Jr.**
                                                            **FRANCIS C. DOGED, Jr.**
                                                            Debtor

Date **November 25, 2011**        Signature  **/s/ DANIELLE L. DOGED**
                                                            **DANIELLE L. DOGED**
                                                            Joint Debtor