Entered: March 13, 2012
Signed:  March 13, 2012

**SO ORDERED**



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:   Case No.:   11−33179 − NVA    Chapter:  7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Francis C. Doged Jr. | Danielle L. Doged |
| *debtor has no known aliases* | fka Danielle L. Wilson |
| 1405 Buckthorn Drive | 1405 Buckthorn Drive |
| Jarrettsville, MD 21084 | Jarrettsville, MD 21084 |
| Social Security No.:   xxx−xx−7222 | xxx−xx−1474 |
| Employer's Tax I.D. No.: | |

# FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor(s) on 11/25/11.

The estate of the above−named debtor(s) has been fully administered.

ORDERED, that Marc H. Baer is discharged as trustee of the estate of the above−named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**fnldec** − *admin*

**End of Order**